[922 NE2d 890, 895 NYS2d 302]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD A. LEOPOLD, Appellant.

Decided January 14, 2010

**APPEARANCES OF COUNSEL**

*Legal Aid Bureau of Buffalo, Inc.*, Buffalo (*Vincent F. Gugino* and *David C. Schopp* of counsel), for appellant.

*Frank A. Sedita, III, District Attorney*, Buffalo (*Matthew B. Powers* and *Donna A. Milling* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be reversed, with costs, and the case remitted to Supreme Court for further proceedings in accordance with this memorandum.

Correction Law § 168-n (3) requires the court fixing a sex offender's risk level determination to "render an order setting forth . . . the findings of fact and conclusions of law on which the determinations are based." Here, neither the Supreme Court nor the Appellate Division order set forth the findings of fact and conclusions of law justifying the risk level determination. We therefore remit this case to Supreme Court to specify its findings of fact and conclusions of law (*see People v Smith*, 11 NY3d 797, 798 [2008]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, etc.